IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| WISLINE PLATEL,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26-cv-2744 (LMB/LRV) |

ORDER

On August 24, 2026, petitioner Wisline Platel ("petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that she has been unlawfully detained at the Caroline Detention Facility. It appearing to this Court that the factual circumstances and legal issues presented in this Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), it is hereby

ORDERED that respondents be and are ENJOINED from removing or transferring petitioner from this district for any reason without this Court's permission; and it is further

ORDERED that on or before 5:00 PM on August 28, 2026, respondents file either a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in Ceba Cinta v. Noem, et al., 1:25-cv-1818 (E.D. Va.), or an Opposition to the Petition discussing the material differences between Ceba Cinta and this Petition; and it is further

ORDERED that if respondents file a Notice that there are no material differences between this Petition and Ceba Cinta, each of the substantive filings in that habeas proceeding

will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties; and it is further

ORDERED that if respondents file an Opposition to the Petition, petitioner shall file any reply in further support of the Petition on or before 5:00 PM on September 3, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 24th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge