IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| WISLINE PLATEL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-2744 (LMB/LRV) |
| | ) | |
| TODD BLANCHE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

The Court granted respondents' request for an extension to file a response to the Petition for Writ of Habeas Corpus by September 3, 2026. [Dkt. No. 6]. Respondents have filed an Opposition to Petition for Writ of Habeas Corpus. [Dkt. No. 7]. Because petitioner's deadline to respond was not also extended, it is hereby

ORDERED that any response from petitioner must be filed by September 9, 2026.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of September, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge